IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| v. | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's second motion to continue motion deadline, filing 17, is granted and the deadline for filing pretrial motions is extended to June 23, 2008.

DATED this 10th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge