IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| V. | ) | |
| | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The defendant has provisionally filed the evidence in support of his request for a Franks hearing, (filings 25, 26, and 27), as restricted access documents. Defendant's motion that these documents remain filed as restricted access documents, filing 24, is granted.

    DATED this 9th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge