IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY ZIERKE JR., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant has filed a "Motion to Compel Move of Defendant," in which he requests an order directing the United States Marshals Service to move the defendant to a different holding facility where he would have better access to a "sufficient" legal library.

The court cannot grant the motion. The court has no authority to direct the Marshals Service where it must hold a particular detainee. If the defendant claims he has inadequate access to a law library or legal materials or legal counsel, those matters may be the subjects of a separate civil action against his custodians, but this case cannot be the vehicle for such a directive.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 32, is denied.

DATED this 19th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge