IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| GARY ZIERKE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This case is presently set as the number four trial on the undersigned's January 12, 2009 trial docket.  On the court's own motion,

IT IS ORDERED that the trial of this case as to Defendant Zierke is scheduled to commence on January 12, 2009, before the undersigned United States district judge, **as the number one criminal case, before all criminal and civil cases**.  Since this is a criminal case, the defendant shall be present unless excused by the court.

November 10, 2008.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge