IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY ZIERKE JR., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. The defendant's motion "to continue date to file objections and to file objections out of time" (Filing 64) is granted.

2. Because the defendant has been given extra time, the government shall have until the close of business on December 9, 2008 to file a responsive brief.

3. This matter will become ripe on December 10, 2008. My chambers shall this case to my attention at that time.

DATED this 25th day of November, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge