IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,              )
                                       )
                   Plaintiff,          )
                                       )
v.                                     )          Case No. 4:08CR3067
                                       )
GARY ZIERKE,                           )
                                       )
                   Defendant.          )

## ORDER FOR ISSUANCE OF SUBPOENA *IN FORMA PAUPERIS*

THIS MATTER came before the Court on the 5th day of December, 2008, on the Motion of the defendant for an Order allowing the issuance of Subpoena *In Forma Pauperis* (filing no. 67), pursuant to F.R.Crim.P. 17(b).  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk of the District Court shall issue the subpoenas as identified in defendant's Motion and supporting affidavit.  It is further ordered that the defendant is relieved of any obligation to pay for the subpoenas issued, with costs, witness fees, travel expenses, and subsistence, if any, to be paid by the United States.  Said subpoenas shall be served by the United States Marshal's Office.

DATED this 5th day of December, 2008

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge