IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v.    )<br>)<br>GARY ZIERKE, )<br>)<br>Defendant. ) | Case No.  4:08CR3067 |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing no. 69. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), defendant's filings 70 and 71 shall remain filed under seal.

DATED this 5th day of December, 2008

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge