IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| V. | ) | |
| | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to continue date to file objections to PSR (filing 135) is granted. The defendant's objections shall be filed on or before April 6, 2009.

DATED this 1st day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge