IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| V. | ) | |
| | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having reviewed two motions filed by the defendant,

IT IS ORDERED that:

1.   Because the defendant was permitted to proceed in forma pauperis in the prosecution of this criminal case, the defendant is given leave to proceed in forma pauperis on appeal regarding the denial (filing 171) of his motion for writ of mandamus (filing 169) submitted to this court. The defendant's motion for leave to appeal in forma pauperis (filing 177) is granted and the Clerk of Court shall process the appeal.

2.   The defendant's motion for court records (filing 179) is denied.

DATED this 1st day of September, 2010.

BY THE COURT:

*Richard G. Kopf*

United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.