IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| GARY ZIERKE, JR., | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

I am in receipt of a referral from the Counsel for Discipline of the Nebraska Supreme Court dated July 15, 2011 and received in my chambers on July 19, 2011. Having considered the same,

IT IS ORDERED that:

(1) The Clerk shall file the referral letter and complaint in this case as a restricted document.

(2) The Clerk shall open an attorney discipline case and then close it pursuant to this order.

(3) Having an in-depth knowledge of Mr. Reiman's excellent representation of Mr. Zierke in this case, it is apparent that Mr. Zierke's complaint is frivolous. *See, e.g., United States v. Zierke*, 738 F.Supp.2d 977 (D. Neb. 2010) (holding that Korey Reiman was not ineffective). Moreover, Zierke's complaint filed with the Nebraska Counsel for Discipline is a blatant effort to circumvent my prior denial of the same complaint. (*See* Filings Nos. 201 and 202.)

(4) The Clerk shall file a copy of this memorandum and order in this case and in the attorney discipline case, and provide Mr. Zierke, Mr. Reiman and the Nebraska Counsel

for Discipline with a copy of this memorandum and order and a copy of the referral letter and attachment.

DATED this 19th day of July, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge