IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| V. | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| Defendant. | ) | |

Mr. Zierke has filed more documents. After review,

IT IS ORDERED that to the extent filings 242 and 243 seek relief from this court, they are denied. To the extent filing 242 is a notice of appeal and an application to proceed in forma pauperis, the court certifies that any such appeal is not taken in good faith and permission to appeal in forma pauperis is denied. The Clerk shall notify the parties and provide the Court of Appeals with a copy of this order.

DATED this 7th day of February, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge