IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| V. | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for leave to appeal in forma pauperis (filing 254) and motion to appoint counsel (filing 255) are denied.

DATED this 18th day of June, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge