IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY A. ZIERKE, JR., | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

Gary A. Zierke, Jr. (Zierke) has filed yet another § 2255 motion. (*Compare*, for example, filing 270 *with* filing no. 182, filing no. 186, and filing no. 187.) He has not obtained permission to do so by the Court of Appeals as required by 28 U.S.C. § 2255(h). Moreover, this recent filing is just another in an apparently unending series of frivolous filings. (*See* docket sheet.) Therefore,

IT IS ORDERED that the Motion to Vacate under 28 U.S.C. § 2255 (filing no. 270) is denied with prejudice. A separate judgment will be issued. No certificate of appealability will be issued by the undersigned.

DATED this 21st day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge