IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3067 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| GARY ZIERKE, JR., | ) | |
| Defendant. | ) | |

  The defendant has filed various documents some of which appear to be directed to the Court of Appeals.  After due consideration,

  IT IS ORDERED that:

  (1) To the extent that this court has jurisdiction, the motion to proceed in forma pauperis, the motion for bill of exceptions and transcripts, and the motion for certificate of appealability (filing nos. 275-277) are denied.

  (2) The Clerk shall forward a copy of this order and filings nos. 275-277 to the Clerk of the Court of Appeals.

  Dated January 13, 2014.

        BY THE COURT:

        *Richard G. Kopf*
        Senior United States District Judge