IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3067 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GARY ZIERKE, JR. | ) | |
| | ) | |
| Defendant. | ) | |

The Office of the Federal Public Defender has advised the undersigned that the defendant is ineligible for a sentence reduction under Amendment 782.

IT IS ORDERED that:

(1) The defendant's motion to reduce sentence (filing no. 289) is denied.

(3) The Office of the Federal Public Defender's motion to withdraw (filing no. 297) is granted.

Dated October 13, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge