IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3067 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY ZIERKE JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After reflection,

IT IS ORDERED that I will rule upon the § 2255 motion on or after October 24, 2017, and without waiting for a ruling on the application of the defendant to file a successive § 2255 motion. I am convinced that the *Beckles* opinion governs and there is no reason to delay this matter any further. My chambers shall bring this matter to my attention on October 25, 2017.

DATED this 3rd day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge