# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3067 |
| v. | ) | |
| GARY ZIERKE JR., | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered dismissing the pending § 2255 motion and any amendments or supplements thereto with prejudice. No certificate of appealability has been or will be issued.

DATED this 5th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge