IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:08CR3067 |
| vs. | ORDER |
| GARY ZIERKE JR., | |
| Defendant. | |

IT IS ORDERED that Defendant's "Motion for Legal Reason for Denial Under the Cares Act", Filing no. 334, is denied.

Dated this 5th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge