IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GARY ZIERKE JR.,<br><br>                Defendant. | 4:08CR3067<br><br>**ORDER** |

After careful consideration,

IT IS ORDERED that the defendant's motion to reduce sentence (Filing 347) is denied.

Dated this 21st day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge