IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:08CR3067 |
| vs. | |
| GARY ZIERKE JR., | ORDER |
| Defendant. | |

    Mr. Zierke has filed what appears to be a motion for compassionate release (Filing 349).[1] Before I progress this matter, I need two things from Mr. Zierke. First, I need a copy of Mr. Zierke's request to the warden for compassionate release. Second, I need to know the basis for Mr. Zierke's claim that he is entitled to compassionate release. In particular, whether the basis of his motion for compassionate release is predicated upon the Covid crisis. Therefore,

    IT IS ORDERED that Mr. Zierke shall submit the required information to me no later than March 4, 2021.

    Dated this 2nd day of February, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge

---

    [1] To the extent the defendant alleges that I am biased against him, there is no basis for that claim. What I know about the defendant, I have learned in my capacity as a judge. Moreover, the defendant has not submitted a sufficient affidavit that would require me to have another judge rule upon his allegation. I therefore decline to recuse myself.