IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GARY ZIERKE JR., | |
|---|---|
| Petitioner, | 4:16CV3091 |
| vs. | |
| USA, | ORDER |
| Respondent. | |

Our clerk has filed a document in this civil case that is addressed to the United States Court of Appeals for the Eighth Circuit. The document shows that it was filed June 17, 2021, with the Clerk of the Court of Appeals. The document appears to relate to a motion under 28 U.S.C. § 2255. *See* 4:08CR3067. I have no idea why Mr. Zierke has filed this motion in our court. Therefore,

IT IS ORDERED that:

(1) The undersigned will take no further action on this matter given the fact that the document is addressed to the Court of Appeals.

(2) Our clerk shall also file this order and Mr. Zierke's submission in 4:08CR3067.

Dated this 28th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge