IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GARY ZIERKE, JR.,<br><br>　　　　　　　Defendant. | 4:08CR3067<br><br>**ORDER** |

　　　After careful consideration,

　　　IT IS ORDERED that Defendant's motion for reduction of sentence (Filing 365) is denied.

　　　Dated this 23rd day of February, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge