IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY ZIERKE, JR.,<br><br>Defendant. | 4:08CR3067<br><br>ORDER |

    IT IS ORDERED that the government shall respond to filing 384, the motion pursuant to the First Step Act, by filing a brief in response to the motion no later than the close of business on Monday, August 8, 2022.

    Dated this 11th day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge