IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:08-CR-3067 |
| vs. | REASSIGNMENT ORDER |
| GARY ZIERKE, JR., | |
| Defendant. | |

Due to the January 16, 2024 retirement of Magistrate Judge Cheryl R. Zwart,

IT IS ORDERED:

1. The Clerk of the Court is directed to remove Magistrate Judge Zwart as the referral judge in this case.

2. Because this case is closed, a replacement referral judge will not be assigned at this time.

Dated this 11th day of June, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge