IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:08-CR-3067 |
| vs. | ORDER |
| GARY ZIERKE, JR., | |
| Defendant. | |

IT IS ORDERED that the defendant's motion for "production of documents for the Court of Appeals" (filing 439) and motion for "bill of exceptions transcripts" (filing 440) are denied as moot. The filings requested are already available to the Court of Appeals. *See* 8th Cir. R. 30A(a)(2).

Dated this 11th day of December, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge