IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>GARY ZIERKE,<br><br>           Defendant. | 4:08-CR-3067<br><br>ORDER |

    The defendant has filed a sixth motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." Filing 469; *see* filing 435 at 3-4; filing 459. For the reasons previously stated in, *inter alia*, filing 356, filing 362, filing 390, filing 435, filing 459, and filing 464,

    IT IS ORDERED that the defendant's motion for compassionate release (filing 469) is denied.

    Dated this 27th day of October, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge