IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>GARY ZIERKE,<br><br>               Defendant. | 4:08-CR-3067<br><br>ORDER |

For the reasons stated in the Court's Memorandum and Order of July 2, 2024, filing 435 at 11-12,

IT IS ORDERED that the defendant's motion to reconsider (filing 471) is denied.

Dated this 4th day of November, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge