IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GARY ZIERKE,

Defendant.

4:08-CR-3067

ORDER

The defendant has filed to reduce his sentence based on purported amendments to the United States Sentencing Guidelines. Filing 476. His motion will be denied.

It's not entirely clear what Guidelines amendments the defendant believes have been adopted, but it doesn't matter, because at this point, no Guidelines amendments have been made retroactive since Amendment 821 in 2023. *See* U.S.S.G. § 1B1.10(d). And a court can only reduce a sentence based on amendments to the Sentencing Guidelines if they're made retroactive by the Sentencing Commission. *See* 18 U.S.C. § 3582(c)(2) (court may reduce term of imprisonment based on revised sentencing range "if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission); U.S.S.G. § 1B1.13(b)(6) (extraordinary and compelling reasons for a sentence reduction may include a change in the law "other than an amendment to the Guidelines Manual that has not been made retroactive).

The defendant also advances familiar complaints about being sentenced based on sentencing factors that weren't (according to the defendant) found by the jury. Those claims are rejected for the reasons stated in filing 466. His arguments regarding the predicate offenses for his career offender status are

again rejected for the reasons stated in filing 436 and filing 435 at 5-6. And his new argument premised on *Counterman v. Colorado*, 600 U.S. 66 (2023), makes little sense. The Supreme Court held in *Counterman* that a criminal conviction for communications involving a true threat of violence, the First Amendment requires proof that the defendant had some subjective understanding of the threatening nature of his statements, but that a mental state of recklessness is sufficient. 600 U.S. at 69. The Court can find nothing in the record to which that holding is applicable. Accordingly,

IT IS ORDERED that the defendant's motion for a sentence reduction (filing 476) is denied.

Dated this 28th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge