IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY ZIERKE,<br><br>Defendant. | 4:08-CR-3067<br><br>ORDER |

The defendant has filed a document captioned "Leave to Amend Out of Time" (filing 493) raising familiar arguments about being sentenced based on sentencing factors that weren't found by the jury. Those claims are rejected for the reasons stated in filing 492 and in filing 435 at 10-11.

IT IS ORDERED that the defendant's motion for "Leave to Amend Out of Time" (filing 493) is denied.

Dated this 2nd day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge